## AFFIDAVIT

I, Annaka Dulaney, of full age, being duly sworn according to the law, upon my oath depose to say:

1. I currently reside at 6075 Center Springs Road, Trafford, AL 35172.

2. I am the recipient of certain guaranteed payments under a structured settlement. The entity presently obligated to make the payments due under the structured settlement is United States of America. In order to fund its payment obligations under the structured settlement United States of America purchased an annuity contract K3851589 from Genworth Life Insurance Company

3. I voluntarily entered into an Structured Settlement Annuity Sale and Assignment Agreement (the "Agreement") dated March 19, 2010 with Woodbridge Structured Funding, LLC ("Woodbridge"). Under that Agreement, I agreed to sell and assign Woodbridge the following payments due to me under the structured settlement:

>One (1) lump sum payment of Twenty Five Thousand and 00/100 Dollars ($25,000.00) due and payable on July 11, 2011;

>and

>One (1) lump sum payment of Twenty Five Thousand and 00/100 Dollars ($25,000.00) due and payable on July 11, 2013;

>and

>One (1) lump sum payment of Fifty Thousand and 00/100 Dollars ($50,000.00) due and payable on July 11, 2015;

>and

>One (1) lump sum payment of Fifty Thousand and 00/100 Dollars ($50,000.00) due and payable on July 11, 2017;

>and

>One (1) lump sum payment of One Hundred Seventy Two Thousand and 00/100 Dollars ($172,000.00) due and payable on July 11, 2020.

4. I understand I will forego receipt of the Assigned Payments under the Agreement. I understand that my beneficiaries/heirs and I will no longer receive any of the Assigned Payments or



EXHIBIT C

any portion of the Assigned Payments. I understand that all of the Assigned Payments will go to Woodbridge or the assigns of Woodbridge.

5. I also understand that this Affidavit is submitted for use in the court approval process initiated by Woodbridge and myself to seek court approval of the transfer of payments to Woodbridge.

6. I also received from Woodbridge a Disclosure Statement detailing the terms of the Agreement, which I signed and returned to Woodbridge. I carefully reviewed the Disclosure Statement and fully and completely understand all terms of the Disclosure Statement.

7. In the Disclosure Statement, Woodbridge advised me to seek professional advice regarding the Agreement from an attorney, accountant or other professional of my choice.

_____ I have either received said advice or fully intend to receive independent professional advice regarding this transaction.

_____ I have decided to waive the independent professional advice regarding this transaction.

8. I am a 20 year old woman, who has never been married with 2 dependents.

9. I have thoroughly considered this transaction, my alternatives and the use to which I will put the proceeds of this sale. I have considered the impact of this transaction on my dependents and myself. I will be able to improve our present standard of living if I am permitted to transfer and assign my right to receive the Assigned Payments to Woodbridge as described in this Affidavit. After considering these factors I believe that this transaction is in my best interest myself and my dependents.

10. I intend to use the proceeds I receive from Woodbridge under the Agreement to buy a home for my growing family. I also want to have funds to get married with. Therefore, I have decided to pursue this transaction with Woodbridge.

11. I will not be using any portion of the proceeds from the Agreement for day-to-day expenses. I have not assigned, sold, or pledged any portion of the structured settlement payments that I am proposing to transfer and assign herein to any party or entity. I do not believe that approval of this transfer will negatively affect our standard of living or harm us in any way. Therefore, I have determined that completing this transaction with Woodbridge is in my best interest and will improve the quality of my life.

*Annaka Dulaney* (signature)
Annaka Dulaney

STATE OF ALABAMA
COUNTY OR CITY OF JEFFERSON

On the 15th day of October, in the year 2010 before me, the undersigned, personally appeared Annaka Dulaney, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledge to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary

My commission expires on MY COMMISSION EXPIRES JANUARY 25, 2014.