UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |
|---|---|
| IN RE: | X<br>:<br>: Cause no. 1:10-CV-948 |
| TRANSFER OF STRUCTURED<br>SETTLEMENT PAYMENT RIGHTS BY<br>ANNAKA DULANEY | :<br>:<br>:<br>X |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, I caused a copy of the foregoing Application for Approval of Transfer of Structured Settlement Payment Rights to be filed with the Clerk of Court using the CM/ECF system, and a true and correct copy of the referenced document has been duly served upon all other parties of record via hand delivery and/or facsimile and/or certified mail, return receipt requested, and addressed as follows:

- *Annuity Issuer*:
  Genworth Life Insurance Company
  3100 Albert Lankford Drive
  Mail Stop CSC-1-030
  Lynchburg, VA 24501

- *Structured Settlement Obligor*:
  United States of America
  816 Congress Ave., Ste. 1000
  Austin, Texas 78701

Respectfully Submitted,

**CHRISTIAN SMITH & JEWELL, L.L.P.**

_____
Joe E. Luce
Attorney in Charge
2302 Fannin, Suite 500
Houston, Texas 77002
Telephone: (713) 659-7617
Facsimile: (713) 659-7641
**ATTORNEYS FOR THE PETITIONER,
WOODBRIDGE STRUCTURED FUNDING,
LLC. ("Woodbridge")**