IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: TRANSFER OF STRUCTURED
SETTLEMENT PAYMENT RIGHTS

ANNAKA DULANEY and WOODBRIDGE
STRUCTURED FUNDING,
          Plaintiffs,

-vs-                                      Case No. A-10-CA-948-SS

UNITED STATES OF AMERICA and
GENWORTH LIFE INSURANCE CO.,
          Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the "Amended Application for Approval of Transfer of Structured Settlement Payment Rights" filed January 17, 2011, and further noting that the petitioner Woodbridge Structuring Funding, LLC has made no service on the United States, which is the owner of the annuity, nor the annuity company (although it indicates that twenty days prior to any hearing for the approval of the requested transfers the transferee will provide written notice to the structured settlement obligor and all other interested parties). Before the Court will set any hearing in this case, there must be appropriate notice to the United States. Merely a letter advising of a hearing within twenty days to any or all Departments of the United States is wholly insufficient to give any realistic notice to the government.

SIGNED this the 31st day of January 2011.

                                           *Sam Sparks*
                                    UNITED STATES DISTRICT JUDGE